UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| LISA N. McCLELLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  NO.: 2:13-CV-199 |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

## ORDER

This Social Security matter is before the Court to consider the Report and Recommendation ("RR") of the United States Magistrate Judge dated August 20, 2014. In that RR, the Magistrate Judge recommends that the plaintiff's motion for judgment on the pleadings, [Doc. 19], be granted and that the case be remanded for "further evaluation of the plaintiff's RFC, noting that her insured status expired December 31, 2012." The magistrate judge also recommends that defendant's motion for summary judgment, [Doc. 21], be denied. The defendant has filed objections to this recommendation, [Doc. 24].

After careful consideration of the record as a whole, including the Administrative Transcript, and after careful *de novo* consideration of the Report and Recommendation of the United States Magistrate Judge, for the reasons set out in that Report and Recommendation which are incorporated by reference herein, and for the reasons stated above, it is hereby ORDERED that the defendant's objections are OVERRULED, [Doc. 24], that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 23], that the plaintiff's motion for judgment on the pleadings, [Doc. 19], is GRANTED IN PART, and that defendant's motion for

summary judgment, [Doc. 21], is DENIED.  It is further ORDERED that this case is REMANDED to the Commissioner for remanded for "further evaluation of the plaintiff's RFC, noting that her insured status expired December 31, 2012."

E N T E R:

s/J. RONNIE GREER<br>
UNITED STATES DISTRICT JUDGE