UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| LISA N. McCLELLAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO.: 2:13-CV-199 |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

ORDER

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 30], concerning plaintiff's application for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), *see* 28 U.S.C. § 2412(d), [Doc. 28], it is hereby ORDERED that the Report and Recommendation is ADOPTED and APPROVED and that the plaintiff's motion for attorney's fees is GRANTED, [Doc. 28]. Accordingly, plaintiff is awarded a fee in the amount of $4,126.00 and costs in the amount of $400.00.

ENTER:

                                                        s/J. RONNIE GREER
                                            UNITED STATES DISTRICT JUDGE